ACCEPTED
03-14-00418-CV
5317123
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/18/2015 10:50:48 AM
JEFFREY D. KYLE
CLERK

## No. 03-14-00418-CV

## IN THE THIRD COURT OF APPEALS

### at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/18/2015 10:50:48 AM
JEFFREY D. KYLE
Clerk

## KEITH H. LAMY AND KEITH H. LAMY, M.D., P.A.

### Appellants,

### V.

## JOHN HANCOCK LIFE & HEALTH INSURANCE COMPANY

### Appellee.

### Appealed from the 126th Judicial District Court

### of Travis County, Texas

## JOINT MOTION TO DISMISS APPEAL

Appellant and Appellee asks the Court to dismiss this appeal.

### A.  INTRODUCTION

1.     Appellants are Keith H. Lamy and Keith H. Lamy, M.D., P.A. ("Lamy").  Appellee is John Hancock Life & Health Insurance Company ("John Hancock").

2. Appellants perfected the appeal on July 1, 2014, when it filed a notice of appeal.

## B. ARGUMENT & AUTHORITIES

3. The Court has the authority under Texas Rule of Appellate Procedure 42.1(a)(2) to grant this joint motion to dismiss.

4. The parties have reached an agreement to compromise and settle their differences in the suit Keith H. Lamy and Keith H. Lamy, M.D., P.A. v. John Hancock Life & Health Insurance Company, Cause No. 03-14-00418-CV.

5. The parties ask the court to dismiss the appeal.

## C. PRAYER

6. For these reasons, the parties ask the Court to grant this motion to dismiss. Costs on appeal should be taxed against the party incurring same.

Respectfully submitted,


/s/ Alan B. Rich
Alan B. Rich
Texas State Bar No. 16842350
arich@alanrichlaw.com
1201 Elm Street, Suite 4244
Dallas, Texas 75270
Telephone: (214) 744-5100
Telecopier: (214) 744-5101


/s/ Dalton D. Harris III
Dalton D. Harris III
Texas State Bar No. 09056775
Dalton@harrisfirmpc.com
**THE HARRIS FIRM, P.C.**
5050 West Lovers Lane
Dallas, Texas 752709
Telephone: (214) 956-7474
Telecopier: (214) 956-7405

**ATTORNEYS FOR APPELLANTS
KEITH H. LAMY AND KEITH H.
LAMY, M.D., P.A.**


/s/ William S. Rhea
William S. Rhea
Texas State Bar No. 16807100
brhea@dbcllp.com
**DUBOIS, BRYANT & CAMPBELL, L.L.P.**
303 Colorado, Suite 2300
Austin, Texas 78701
Telephone: (512) 457-8000
Telecopier: (512) 457-8008

**ATTORNEYS FOR APPELLEE
JOHN HANCOCK LIFE & HEALTH
INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document has been served on the following by fax or email on this __/8__ day of May, 2015:

Alan B. Rich
1201 Elm Street, Suite 4244
Dallas, Texas 75270
*arich@alanrichlaw.com*

Dalton D. Harris III
**THE HARRIS FIRM, P.C.**
5050 West Lovers Lane
Dallas, Texas 752709
*Dalton@harrisfirmpc.com*


_____
William S. Rhea